Entity Name: LAM YUEN LLC
Dept ID #: W14274815

General Information   Amendments   Personal Property   Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | 12205 NEBEL STREET<br>ROCKVILLE, MD 20852 |
| **Resident Agent (Current):** | DENIS LAM<br>12205 NEBEL STREET<br>ROCKVILLE, MD 20852 |
| **Status:** | **ACTIVE** |
| Good Standing: | No |
| Business Code: | Other |
| **Date of Formation or Registration:** | 08/25/2011 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

**Exhibit 1**

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: Lam Yuen LLC

(2) The purpose for which the Limited Liability Company is filed is as follows: Cafe/Bakery/Restaurant business and for the purpose of engaging in any and all business for which limited liability companies may be formed under the laws of the state of Maryland.

(3) The address of the Limited Liability Company in Maryland is 12205 Nebel Street, Rockville, MD 20852

(4) The resident agent of the Limited Liability Company in Maryland is Denis Lam

whose address is 12205 Nebel Street, Rockville, MD 20852

(5) _____
STAN LAM
Signature(s) of Authorized Person(s)

(6) _____
Resident Agent
I hereby consent to my designation in this document.

**Filing party's return address:**

(7) Denis Lam

12205 Nebel Street

Rockville, MD 20852

State of Maryland
Department of Assessments and Taxation
Charter Division

# TRADE NAME APPLICATION

NON EXPEDITED FEE: $25.00
EXPEDITED FEE: ADDITIONAL $50.00 | TOTAL EXPEDITED SERVICE: $75.00
(Make checks payable to Department of Assessments and Taxation)

1) **TRADE NAME:** *(Only one trade name may appear on this line)*
Maria's Bakery Lite

2) **STREET ADDRESS(ES) WHERE NAME IS USED:**
12205 Nebel Street

CITY: Rockville    STATE: MD    ZIP: 20852

Post office box number is only accepted when part of the physical address.

3) **FULL LEGAL NAME OF OWNER OF BUSINESS OR INDIVIDUAL USING THE TRADE NAME:** Lam Yuen LLC

If more than one owner, attach an additional sheet listing each owner with his/her address. Be sure each owner signs this form.

4) If the owner is an individual or general partnership, do they have a personal property account (an "L" number)? Circle one: YES   NO
IF YES, WHAT IS THAT NUMBER? ___ ___ ___ ___ ___ ___ ___
IF NO, see item 4 of the Trade Name Application Instructions.

5) **ADDRESS OF OWNER:** 12205 Nebel Street

CITY: Rockville    STATE: MD    ZIP: 20852

Post office box number is only accepted when part of the physical address.

6) **DESCRIPTION OF BUSINESS:** Cafe/Bakery/Restaurant business and for the purpose of engaging in any and all business for which limited liability companies may be formed under the laws of the state of Maryland

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

_____          _____
SIGNATURE OF OWNER    (AUTHORIZED TITLE)          SIGNATURE OF OWNER    (AUTHORIZED TITLE)

_____          _____
SIGNATURE OF OWNER    (AUTHORIZED TITLE)          SIGNATURE OF OWNER    (AUTHORIZED TITLE)

Room 801—301 West Preston Street-Baltimore, Maryland 21201
Phone: (410) 767-1350 - Fax: (410) 333-7097 – TTY Users call Maryland Relay 1-800-735-2258
Toll Free in MD: 1-888-246-5941 – website: http://www.dat.state.md.us

*rev. 6/11*