# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE __80__     BUSINESS CODE _____

\# __D03191715__

Close _____     Stock _____     Nonstock _____

P.A. _____     Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____     New Name _____

```
1000361995254582

ID # D03191715 ACK # 1000361995254582
LIBER: B01159 FOLIO: 1447 PAGES: 0002
VICTORY INTERNATIONAL INCORPORATED


07/26/2007  AT 01:00 P WO # 0001442182
```

### FEES REMITTED

| | |
|---|---|
| Base Fee: __25__ | ____ Change of Name |
| Crg. & Cap. Fee: _____ | __X__ Change of Principal Office |
| Expedite Fee: _____ | __X__ Change of Resident Agent |
| Penalty: _____ | ____ Change of Resident Agent Address |
| State Recordation Tax: _____ | ____ Resignation of Resident Agent |
| State Transfer Tax: _____ | ____ Designation of Resident Agent and Resident Agent's Address |
| ____ Certified Copies | |
| Copy Fee: _____ | ____ Change of Business Code |
| ____ Certificates | |
| Certificate of Status Fee: _____ | ____ Adoption of Assumed Name |
| Personal Property Filings: _____ | |
| Mail Processing Fee: _____ | |
| Other: _____ | ____ Other Change(s) |
| TOTAL FEES: __$25.00__ | |

Credit Card _____     Check _____     Cash _____     Code _____

____ Documents on ____ Checks     Attention: _____

Approved By: __007__

```
  VICTORY INTERNATIONAL INCORPORATED
  13329 CATAWBA MANOR WAY
  CLARKSBURG                MD 20871-4381
```

Keyed By: _____

COMMENT(S):

```
CUST ID:0001999144
WORK ORDER:0001442182
DATE:07-27-2007 09:40 AM
AMT. PAID:$25.00
```

Exhibit 2

## RESOLUTION TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

The directors/stockholders/general partner/authorized person of _____

VICTORY INTERNATIONAL INCORPORATED
(Name of Entity)

organized under the laws of MARYLAND, passed the following resolution:
(State)

[CHECK APPLICABLE BOX(ES)]

☒ The principal office is changed from: (old address)

9836 MALLARD DRIVE
LAUREL MD 20706

to: (new address)

13329 CATAWBA MANOR WAY
CLARKSBURG MD 20871

☒ The name and address of the resident agent is changed from:

W. WINSTON CHAN

to:

DENIS C. LAM

I certify under penalties of perjury the foregoing is true.

_____
Secretary or Assistant Secretary
General Partner
Authorized Person

I hereby consent to my designation in this document as resident agent for this entity.

SIGNED _____
Resident Agent

CUST ID: 0001999144
WORK ORDER: 0001442182
DATE: 07-27-2007  09:40 AM
AMT. PAID: $25.00

# CORPORATE CHARTER APPROVAL SHEET
** KEEP WITH DOCUMENT **

DOCUMENT CODE 09   BUSINESS CODE _____

#D03191715

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

```
1000361997501949
```

ID # D03191715  ACK # 1000361997501949
PAGES: 0002
VICTORY INTERNATIONAL INCORPORATED

11/25/2008  AT 12:00 P  WO # 0001654092

Surviving (Transferee) _____

New Name _____

### FEES REMITTED

Base Fee: 100
Org. & Cap. Fee: _____
Expedite Fee: _____
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
_____ Certified Copies
Copy Fee: _____
_____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Mail Processing Fee: _____
Other: _____

TOTAL FEES: 100

Credit Card _____  Check ✓  Cash _____

_____ Documents on _____ Checks

Approved By: 10

Keyed By: _____

COMMENT(S):

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
        and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

✓ Other Change(s) Decrease auth shares

Code _____

Attention: _____

Mail: Name and Address

DAVID MOY
8561 DOVETON CIRCLE
VIENNA VA 22182

CUST ID:0002211054
WORK ORDER:0001654092
DATE:11-26-2008 10:40 AM
AMT. PAID:$100.00

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION

2008 NOV 25 P 12:00

ARTICLES OF AMENDMENT

_____
(1)

(2) VICTORY INTERNATIONAL INCORPORATED

a Maryland corporation hereby certifies to the State Department of Assessments and Taxation of Maryland that:

(3) The charter of the corporation is hereby amended as follows:

THE TOTAL AMOUNT OF AUTHORIZED STOCK SHARES IS DECREASED TO 5000 SHARES AT A PAR VALUE OF $10.00 PER SHARE.

This amendment of the charter of the corporation has been approved by
THE DIRECTORS AND SHAREHOLDERS.
(4)

We the undersigned President and Secretary swear under penalties of perjury that the foregoing is a corporate act.

(5) _Reggy La_____ Secretary

(5) _Ne___ C___ President

(6) Return address of filing party:
DAVID MOY

8561 DOVETON CIRCLE

VIENNA, VA 22182

CUST ID:0002211054
WORK ORDER:0001654092
DATE:11-26-2008 10:40 AM
AMT. PAID:$100.00