



**Exhibit 3**



