



| | | | |
|---|---|---|---|
| (4) | '11 OCT 6 | 7:09AM |
| | '11 OCT 6 | 3:45PM |
| (5) | '11 OCT 7 | 7:09AM |
| | '11 OCT 7 | 3:03PM |
| (6) | '11 OCT 8 | 7:08AM |
| | '11 OCT 8 | 4:38PM |
| (7) | '11 OCT 10 | 7:08AM |
| | '11 OCT 10 | 2:09PM |
| (8) | '11 OCT 11 | 7:07AM |
| (9) | '11 OCT 11 | 2:22PM |
| | '11 OCT 13 | 7:09AM |
| | '11 OCT 13 | 3:48PM |
| (10) | '11 OCT 14 | 7:11AM |
| | '11 OCT 14 | 3:11PM |
| (11) | '11 OCT 15 | 6:56AM |

635.

10-15-11



No. **PaTy Isaheta**
NAME
WEEK ENDING

| | | | |
|---|---|---|---|
| | | '11 MAY 18 | 7:01 AM |
| In | Monday | '11 MAY 18 | 2:31 PM |
| Out | | '11 MAY 19 | 6:57 AM |
| In | | '11 MAY 19 | 3:10 PM |
| Out | | '11 MAY 20 | 6:57 AM |
| In | Tuesday | '11 MAY 20 | 3:35 PM |
| Out | | '11 MAY 21 | 7:00 AM |
| In | | '11 MAY 21 | 2:39 PM |
| Out | Wednesday | '11 MAY 22 | 6:56 AM |
| In | | '11 MAY 22 | 2:44 PM |
| Out | | '11 MAY 23 | 6:59 AM |
| In | | | |
| Out | Thursday | '11 MAY 23 | 2:50 PM |
| In | | '11 MAY 25 | 6:59 AM |
| Out | | '11 MAY 25 | 3:02 PM |
| In | Friday | '11 MAY 26 | 6:57 AM |
| Out | | '11 MAY 26 | 2:46 PM |
| In | | '11 MAY 27 | 7:00 AM |
| Out | | '11 MAY 27 | 2:30 PM |
| In | Saturday | '11 MAY 28 | 3:03 PM |
| Out | | '11 MAY 29 | 6:57 AM |
| In | | '11 MAY 29 | 2:08 PM |
| Out | | '11 MAY 30 | 6:55 AM |
| In | Sunday | '11 MAY 30 | 2:35 PM |
| Out | | | |

9664A

No. Patto Iraheta

NAME

WEEK ENDING

| Day | | Count | Time stamp |
|---|---|---|---|
| Monday | In | 1 | '11 NOV 17 7:08AM |
| | Out | | '11 NOV 17 1:41PM |
| | In | 2 | '11 NOV 18 7:04AM |
| | Out | | '11 NOV 18 3:28PM |
| Tuesday | In | 3 | '11 NOV 19 7:06AM |
| | Out | | '11 NOV 19 3:10PM |
| | In | 4 | '11 NOV 22 7:01AM |
| | Out | | '11 NOV 22 3:18PM |
| Wednesday | In | 5 | '11 NOV 23 7:05AM |
| | Out | | '11 NOV 23 2:45PM |
| | In | 6 | '11 NOV 24 7:07AM |
| | Out | | '11 NOV 24 2:39PM |
| Thursday | In | 7 | '11 NOV 25 7:07AM |
| | Out | | '11 NOV 25 2:07PM |
| | In | 8 | '11 NOV 26 7:04AM |
| | Out | | '11 NOV 26 2:53PM |
| Friday | In | 9 | '11 NOV 29 7:05AM |
| | Out | | '11 NOV 29 3:16PM |
| | In | | '11 DEC 1 7:07AM |
| | Out | | '11 DEC 1 3:48PM |
| Saturday | In | | '11 DEC 2 7:06AM |
| | Out | | '11 DEC 2 2:35PM |
| | In | | '11 DEC 3 7:02AM |
| | Out | | '11 DEC 3 3:26PM |
| Sunday | In | | '11 DEC 6 7:05AM |
| | Out | | '11 DEC 6 3:33PM |
| | In | | '11 DEC 7 7:05AM |
| | Out | | '11 DEC 7 3:07PM |

9664A

| | |
|---|---|
| In | '11 DEC 8 7:07AM |
| Out | '11 DEC 8 3:44PM |
| In | '11 DEC 9 7:05AM |
| Out | '11 DEC 9 3:56PM |
| In | '11 DEC 10 7:04AM |
| Out | '11 DEC 10 5:11PM |
| In | '11 DEC 11 7:09AM |
| Out | '11 DEC 11 6:38PM |
| In | '11 DEC 12 7:07AM |
| Out | '11 DEC 12 4:38PM |
| In | '11 DEC 13 7:09AM |
| Out | '11 DEC 13 5:55PM |
| In | '11 DEC 14 7:11AM |
| Out | '11 DEC 14 5:20PM |

This Space for Overtime Only

'11 DEC 15 7:09AM
'11 DEC 15 5:48PM

| | |
|---|---|
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |
| Out | |
| In | |

This Space is for Time Out or Lost Time

No. PaTy Icaheila

NAME

WEEK ENDING

| | | Day | | | |
|---|---|---|---|---|---|
| In | | Monday | | '11 OCT 17 | 7:00AM |
| Out | | | | '11 OCT 17 | 2:50PM |
| In | | | | '11 OCT 18 | 7:03AM |
| Out | | | | '11 OCT 18 | 1:55PM |
| In | | Tuesday | | '11 OCT 20 | 7:03AM |
| Out | | | | '11 OCT 20 | 2:26PM |
| In | | | | '11 OCT 21 | 7:05AM |
| Out | | | | '11 OCT 21 | 2:17PM |
| In | | Wednesday | | '11 OCT 22 | 7:04AM |
| Out | | | | '11 OCT 22 | 2:44PM |
| In | | | | '11 OCT 24 | 7:05AM |
| Out | | | | '11 OCT 24 | 2:05PM |
| In | | Thursday | | '11 OCT 25 | 7:03AM |
| Out | | | | '11 OCT 25 | 1:50PM |
| In | | | | '11 OCT 27 | 7:01AM |
| Out | | | | '11 OCT 27 | 2:12PM |
| In | | Friday | | '11 OCT 28 | 7:01AM |
| Out | | | | '11 OCT 28 | 2:32PM |
| In | | | | '11 OCT 29 | 7:04AM |
| Out | | | | '11 OCT 29 | 2:38PM |
| In | | Saturday | | '11 OCT 31 | 7:05AM |
| Out | | | | '11 OCT 31 | 3:59PM |
| In | | | | '11 NOV 1 | 7:02AM |
| Out | | | | '11 NOV 1 | 1:11PM |
| In | | Sunday | | '11 NOV 3 | 7:03AM |
| Out | | | | '11 NOV 3 | 2:44PM |
| In | | | | '11 NOV 4 | 7:05AM |
| Out | | | | '11 NOV 4 | 2:33PM |

9664A



Time card (upper portion printed inverted):

This Space for Overtime Only

| Time | Date | | In/Out |
|---|---|---|---|
| 6:18AM | '12 JAN 26 | | Out |
| 7:08AM | '11 DEC 30 | | In |
| 4:05PM | '12 JAN 25 | | Out |
| 7:06AM | '12 JAN 25 | | In |
| 4:24PM | '12 JAN 24 | | Out |
| 7:07AM | '12 JAN 24 | | In |
| 3:12PM | '12 JAN 22 | | Out |
| 7:12AM | '12 JAN 22 | | In |
| 4:04PM | '12 JAN 21 | | Out |
| 7:13AM | '12 JAN 21 | | In |
| 3:27PM | '12 JAN 20 | | Out |
| 7:10AM | '12 JAN 20 | | In |
| 2:47PM | '12 JAN 19 | | Out |
| 6:16AM | '12 JAN 19 | | In |

This Space is for Time Out or Lost Time

| In/Out | Date | Time |
|---|---|---|
| Out | '12 JAN 26 | 6:18AM |
| In | '12 JAN 26 | 3:10PM |
| Out | '12 JAN 27 | 6:21AM |
| In | '12 JAN 27 | 3:59PM |
| Out | '12 JAN 28 | 7:02AM |
| In | '12 JAN 28 | 4:30PM |
| Out | '12 JAN 31 | 6:53AM |
| In | '12 JAN 31 | 3:51PM |
| Out | '12 ~~JAN~~ | ~~AM~~ |
| In | | |
| Out | | |
| In | | |
| Out | | |
| In | | |
| Out | | |
| In | | |

No. Paty Isahe Ta

NAME

WEEK ENDING 1/12

| Day | In/Out | Mark | Time stamp |
|---|---|---|---|
| Monday | In | (1) | '12 JAN 3 7:05AM |
| | Out | | '12 JAN 3 3:03PM |
| | In | (2) | '12 JAN 4 7:05AM |
| | Out | | '12 JAN 4 4:14PM |
| Tuesday | In | (3) | '12 JAN 5 7:08AM |
| | Out | | '12 JAN 5 2:08PM |
| | In | (4) | '12 JAN 6 6:21AM |
| | Out | | '12 JAN 6 3:19PM |
| Wednesday | In | (5) | '12 JAN 7 7:02AM |
| | Out | | '12 JAN 7 3:11PM |
| | In | (6) | '12 JAN 9 6:59AM |
| | Out | | '12 JAN 9 3:33PM |
| Thursday | In | (7) | '12 JAN 10 6:17AM |
| | Out | | '12 JAN 10 3:24PM |
| | In | (8) | '12 JAN 11 7:04AM |
| | Out | | '12 JAN 11 4:05PM |
| Friday | In | (9) | '12 JAN 12 6:48AM |
| | Out | | '12 JAN 12 3:00PM |
| | In | (10) | '12 JAN 13 7:13AM |
| | Out | | '12 JAN 13 3:03PM |
| Saturday | In | 11 | '12 JAN 14 7:02AM |
| | Out | | '12 JAN 14 2:42PM |
| | In | | $550. |
| | Out | | |
| Sunday | In | | '12 JAN 17 7:09AM |
| | Out | | '12 JAN 17 3:43PM |
| | In | | '12 JAN 18 3:17PM |
| | Out | | '12 JAN 18 7:09AM |

9664A

90064A

| Day | | In | Out |
|---|---|---|---|
| Sunday | Out | | 2:30pm '11 JUN 15 |
| | In | 7:01am '11 JUN 15 | |
| | Out | | |
| | In | | |
| Saturday | Out | | 2:17pm '11 JUN 13 |
| | In | 7:01am '11 JUN 13 | |
| | Out | | 2:09pm '11 JUN 12 |
| | In | 7:03am '11 JUN 12 | |
| Friday | Out | | 7:01am '11 JUN 11 |
| | In | | 2:39pm '11 JUN 10 |
| | Out | | 7:01am '11 JUN 10 |
| | In | | 2:11pm '11 JUN 9 |
| Thursday | Out | | 6:59am '11 JUN 9 |
| | In | | 2:29pm '11 JUN 8 |
| | Out | | 6:57am '11 JUN 8 |
| | In | | 2:52pm '11 JUN 6 |
| Wednesday | Out | | 7:01am '11 JUN 6 |
| | In | | 2:16pm '11 JUN 5 |
| | Out | | 6:59am '11 JUN 5 |
| | In | | |
| Tuesday | Out | | 2:04pm '11 JUN 4 |
| | In | | 6:56am '11 JUN 4 |
| | Out | | 2:40pm '11 JUN 3 |
| | In | | 6:59am '11 JUN 3 |
| Monday | Out | | 2:43pm '11 JUN 2 |
| | In | | 6:57am '11 JUN 2 |
| | Out | | 2:39pm '11 JUN 1 |
| | In | | 6:59am '11 JUN 1 |

WEEK ENDING

NAME  Paty Isabeto

No.

No. PATY IsabeTa

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | Monday | | '11 JUL 9 | 6:59AM |
| Out | | | '11 JUL 9 | 2:08PM |
| In | | | '11 JUL 12 | 6:59AM |
| Out | | | '11 JUL 12 | 1:03PM |
| In | Tuesday | | '11 JUL 14 | 6:55AM |
| Out | | | '11 JUL 14 | 1:59PM |
| In | | | '11 JUL 15 | 6:59AM |
| Out | | | '11 JUL 15 | 1:47PM |
| In | Wednesday | | '11 JUL 16 | 6:58AM |
| Out | | | '11 JUL 16 | 2:54PM |
| In | | | '11 JUL 19 | 6:59AM |
| Out | | | '11 JUL 19 | 1:13PM |
| In | Thursday | | '11 JUL 21 | 7:01AM |
| Out | | | '11 JUL 21 | 1:48PM |
| In | | | '11 JUL 22 | 7:07AM |
| Out | | | '11 JUL 22 | 12:29PM |
| In | Friday | | '11 JUL 23 | 7:01AM |
| Out | | | '11 JUL 23 | 2:31PM |
| In | | | '11 JUL 25 | 6:59AM |
| Out | | | '11 JUL 25 | 9:36AM |
| In | Saturday | | '11 JUL 26 | 6:59AM |
| Out | | | '11 JUL 26 | 1:40PM |
| In | | | '11 JUL 28 | 7:01AM |
| Out | | | '11 JUL 28 | 2:52PM |
| In | Sunday | | '11 JUL 29 | 6:59AM |
| Out | | | '11 JUL 29 | 2:50PM |
| In | | | '11 JUL 30 | 7:00AM |
| Out | | | '11 JUL 30 | 3:12PM |

9664A

No. Paty Iraheta

| | | | | | |
|---|---|---|---|---|---|
| | | | NAME | | |
| | | | WEEK ENDING | | |

| | | | |
|---|---|---|---|
| In | Monday | '11 JUN 16 | 6:57AM |
| Out | | '11 JUN 16 | 2:49PM |
| In | | '11 JUN 17 | 6:59AM |
| Out | | '11 JUN 17 | 2:27PM |
| In | Tuesday | '11 JUN 18 | 7:01AM |
| Out | | '11 JUN 18 | 2:39PM |
| In | | '11 JUN 19 | 7:00AM |
| Out | | '11 JUN 19 | 1:38PM |
| In | Wednesday | '11 JUN 20 | 7:03AM |
| Out | | '11 JUN 20 | 2:38PM |
| In | | '11 JUN 22 | 7:01AM |
| Out | | '11 JUN 22 | 2:20PM |
| In | Thursday | '11 JUN 23 | 7:01AM |
| Out | | '11 JUN 23 | 2:39PM |
| In | | '11 JUN 24 | 7:01AM |
| Out | | '11 JUN 24 | 2:10PM |
| In | Friday | '11 JUN 25 | 7:00AM |
| Out | | '11 JUN 25 | 2:17PM |
| In | | '11 JUN 26 | 6:59AM |
| Out | | '11 JUN 26 | 1:46PM |
| In | Saturday | '11 JUN 27 | 6:58AM |
| Out | | '11 JUN 27 | 1:23PM |
| In | | '11 JUN 29 | 6:53AM |
| Out | | '11 JUN 29 | 2:03PM |
| In | Sunday | '11 JUN 30 | 6:58AM |
| Out | | '11 JUN 30 | 2:53PM |
| In | | | |
| Out | | | |

9664A

No. POTY Isabela

NAME

WEEK ENDING

| | | Day | | Date | Time |
|---|---|---|---|---|---|
| In | | Monday | 1 | '11 AUG 1 | 7:01AM |
| Out | | | 2 | '11 AUG 1 | 1:10PM |
| In | | | | '11 AUG 2 | 7:03AM |
| Out | | Tuesday | 3 | '11 AUG 2 | 2:18PM |
| In | | | | '11 AUG 4 | 7:01AM |
| Out | | | 4 | '11 AUG 5 | 3:02PM |
| In | | Wednesday | 5 | '11 AUG 5 | 3:08PM |
| Out | | | | '11 AUG 6 | 7:04AM |
| In | | | 6 | '11 AUG 6 | 3:17PM |
| Out | | Thursday | 7 | '11 AUG 8 | 7:04AM |
| In | | | | '11 AUG 8 | 3:26PM |
| Out | | | | '11 AUG 9 | 7:01AM |
| In | | | 8 | '11 AUG 9 | 1:23PM |
| Out | | Friday | | '11 AUG 11 | 7:05AM |
| In | | | 9 | '11 AUG 11 | 1:18PM |
| Out | | | | '11 AUG 12 | 7:03AM |
| In | | | 10 | '11 AUG 12 | 1:53PM |
| Out | | Saturday | | '11 AUG 13 | 7:06AM |
| In | | | 11 | '11 AUG 13 | 2:37PM |
| Out | | | | '11 AUG 15 | 7:03AM |
| In | | | | '11 AUG 15 | 1:48PM |
| Out | | Sunday | | | |
| In | | | | | |
| Out | | | | | |

9664A

No. *Patx Iroheta*

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | | | | |
| Out | Monday | | '11 AUG 16 | 7:03AM |
| In | | | '11 AUG 16 | 1:56PM |
| Out | | | '11 AUG 18 | 7:03AM |
| | | | '11 AUG 18 | 2:22PM |
| In | | | | |
| Out | Tuesday | | '11 AUG 19 | 7:04AM |
| In | | | '11 AUG 19 | 3:10PM |
| Out | | | '11 AUG 20 | 7:06AM |
| | | | '11 AUG 20 | 3:06PM |
| In | Wednesday | | '11 AUG 22 | 7:03AM |
| Out | | | | |
| In | | | '11 AUG 22 | 3:01PM |
| Out | | | '11 AUG 23 | 7:03AM |
| In | | | '11 AUG 23 | 1:37PM |
| Out | Thursday | | '11 AUG 25 | 7:02AM |
| In | | | '11 AUG 25 | 2:35PM |
| Out | | | '11 AUG 26 | 7:07AM |
| In | | | '11 AUG 26 | 1:44PM |
| Out | Friday | | '11 AUG 27 | 7:03AM |
| In | | | '11 AUG 27 | 2:59PM |
| Out | | | '11 AUG 30 | 6:59AM |
| In | | | '11 AUG 30 | 1:55PM |
| Out | Saturday | | | |
| In | | | '11 SEP 1 | 7:01AM |
| Out | | | '11 SEP 1 | 3:19PM |
| In | | | '11 SEP 2 | 7:03AM |
| Out | Sunday | | '11 SEP 2 | 1:48PM |
| In | | | '11 SEP 3 | 7:10AM |
| Out | | | '11 SEP 3 | 3:04PM |

9664A



This Space is for Time Out or Lost Time

'11 SEP 15   2:56PM
'11 SEP 15   7:01AM
'11 SEP 13   1:57PM
'11 SEP 13   7:03AM

This Space for Overtime Only

'11 SEP 5   7:02AM
'11 SEP 5   1:58PM
'11 SEP 6   7:03AM
'11 SEP 6   1:56PM
'11 SEP 8   7:02AM
'11 SEP 8   2:16PM
'11 SEP 9   7:03AM
'11 SEP 9   1:31PM
'11 SEP 10   7:02AM
'11 SEP 10   3:03PM
'11 SEP 12   7:01AM
'11 SEP 12   3:03PM

No. Poty Iraheta

NAME

WEEK ENDING

| | | | |
|---|---|---|---|
| In | Monday | | 12 MAR 1  6:37A. |
| Out | | | '12 MAR 1  4:16PM |
| In | | | '12 MAR 2  6:19AM |
| Out | | | '12 MAR 2  5:07PM |
| In | Tuesday | | '12 MAR 3  7:15AM |
| Out | | | '12 MAR 3  3:54PM |
| In | | | '12 MAR 4  7:10AM |
| Out | | | '12 MAR 4  9:39AM |
| In | Wednesday | | '12 MAR 5  7:09AM |
| Out | | | '12 MAR 5  4:31PM |
| In | | | '12 MAR 7  6:59AM |
| Out | | | '12 MAR 7  3:36PM |
| In | Thursday | | '12 MAR 8  6:59AM |
| Out | | | '12 MAR 8  4:18PM |
| In | | | '12 MAR 9  7:03AM |
| Out | | | '12 MAR 9  4:57PM |
| In | Friday | | '12 MAR 10  7:00AM |
| Out | | | '12 MAR 10  4:35PM |
| In | | | '12 MAR 11  9:57AM |
| Out | | | '12 MAR 12  7:06AM |
| In | Saturday | | '12 MAR 12  5:08PM |
| Out | | | '12 MAR 14  5:56AM |
| In | | | '12 MAR 14  4:42PM |
| Out | | | '12 MAR 15  6:07AM |
| In | Sunday | | '12 MAR 15  4:53PM |
| Out | | | |
| In | | | |
| Out | | | |

9684A

PaTY IsaheTa

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | Monday | ① | '12 MAR 16 | 7:07AM |
| Out | | | '12 MAR 16 | 5:22PM |
| In | | ② | '12 MAR 17 | 7:07AM |
| Out | | | '12 MAR 17 | 4:32PM |
| In | Tuesday | ½ | '12 MAR 18 | 7:15AM |
| Out | | | '12 MAR 18 | 9:35AM |
| In | | ① | '12 MAR 19 | 7:02AM |
| Out | | | '12 MAR 19 | 5:22PM |
| In | Wednesday | ① | '12 MAR 21 | 6:57AM |
| Out | | | '12 MAR 21 | 5:27PM |
| In | | ① | '12 MAR 22 | 7:08AM |
| Out | | | '12 MAR 22 | 4:48PM |
| In | Thursday | ① | '12 MAR 23 | 7:05AM |
| Out | | ① | '12 MAR 24 | 7:01AM |
| In | | | '12 MAR 25 | 7:00AM |
| Out | | ½ | '12 MAR 25 | 7:00AM |
| In | Friday | | '12 MAR 25 | 9:51AM |
| Out | | | '12 MAR 26 | 7:09AM |
| In | | ① | '12 MAR 26 | 3:26PM |
| Out | | | '12 MAR 28 | 7:02AM |
| In | Saturday | ① | '12 MAR 28 | 4:55PM |
| Out | | ① | '12 MAR 29 | 7:02AM |
| In | | | '12 MAR 29 | 4:53PM |
| Out | | ① | '12 MAR 30 | 7:01AM |
| In | Sunday | | '12 MAR 30 | 5:20PM |
| Out | | ① | '12 MAR 31 | 7:02AM |
| In | | | '12 MAR 31 | 4:51PM |
| Out | | | | |

9664A



No. Carolina Castillo

NAME

WEEK ENDING

| | | In/Out | |
|---|---|---|---|
| Monday | In | '12 SEP 16  1:51PM |
| | Out | '12 SEP 17  5:07AM |
| | In | '12 SEP 17  1:25PM |
| | Out | '12 SEP 19  5:16AM |
| Tuesday | In | '12 SEP 19  1:13PM |
| | Out | '12 SEP 20  5:20AM |
| | In | '12 SEP 20  1:02PM |
| | Out | '12 SEP 21  5:34AM |
| Wednesday | In | '12 SEP 21  2:01AM |
| | Out | |
| | In | '12 SEP 23  5:16AM |
| | Out | |
| Thursday | In | '12 SEP 24  5:21AM |
| | Out | '12 SEP 24  12:34PM |
| | In | |
| | Out | '12 SEP 26  5:23AM |
| Friday | In | '12 SEP 26  1:25PM |
| | Out | '12 SEP 27  5:16AM |
| | In | '12 SEP 27  1:27PM |
| | Out | '12 SEP 28  5:15AM |
| Saturday | In | '12 SEP 28  1:16PM |
| | Out | |
| | In | |
| | Out | |
| Sunday | In | |
| | Out | |
| | In | |
| | Out | |

9664A

No. **Xiomara Castillo**

NAME

WEEK ENDING '12 AUG 31   1:08PM

| | | | |
|---|---|---|---|
| In | Monday | | '12 AUG 16   5:21AM |
| Out | | | '12 AUG 16   1:43PM |
| In | | | '12 AUG 17   5:15AM |
| Out | | | '12 AUG 17   1:32PM |
| In | Tuesday | | '12 AUG 18   5:08AM |
| Out | | | '12 AUG 18   1:46PM |
| In | | | '12 AUG 19   4:28AM |
| Out | | | '12 AUG 19   8:13AM |
| In | Wednesday | | '12 AUG 20   5:31AM |
| Out | | | '12 AUG 20  12:29PM |
| In | | | '12 AUG 22   5:11AM |
| Out | | | '12 AUG 22   1:12PM |
| In | Thursday | | '12 AUG 23   5:20AM |
| Out | | | '12 AUG 23   1:17PM |
| In | | | '12 AUG 24   5:27AM |
| Out | | | '12 AUG 24   1:18PM |
| In | Friday | | '12 AUG 25   5:16AM |
| Out | | | '12 AUG 25   1:15PM |
| In | | | '12 AUG 26   5:19AM |
| Out | | | '12 AUG 26   1:22PM |
| In | Saturday | | '12 AUG 27   5:13AM |
| Out | | | '12 AUG 27  12:59PM |
| In | | | '12 AUG 28   5:10AM |
| Out | | | '12 AUG 29   1:29PM |
| In | Sunday | | '12 AUG 30   5:19AM |
| Out | | | '12 AUG 30   1:00PM |
| In | | | '12 AUG 31   5:27AM |
| Out | | | |

2m 9664A

No. Xrmara Castillo

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | Monday | | '12 APR 1 | 5:15AM |
| Out | | | '12 APR 1 | 1:52PM |
| In | | | '12 APR 2 | 5:10AM |
| Out | | | '12 APR 2 | 12:45PM |
| In | Tuesday | | '12 APR 4 | 5:07AM |
| Out | | | '12 APR 4 | 1:45PM |
| In | | | '12 APR 5 | 5:15AM |
| Out | | | '12 APR 5 | 1:31PM |
| In | Wednesday | | '12 APR 6 | 5:12AM |
| Out | | | '12 APR 6 | 1:32PM |
| In | | | '12 APR 7 | 5:07AM |
| Out | | | '12 APR 7 | 1:29PM |
| In | Thursday | | | |
| Out | | | '12 APR 8 | 5:16AM |
| In | | | '12 APR 8 | 1:32PM |
| Out | | | '12 APR 9 | 5:14AM |
| In | Friday | | | |
| Out | | | '12 APR 9 | 1:31PM |
| In | | | | |
| Out | | | '12 APR 11 | 5:11AM |
| In | Saturday | | '12 APR 11 | 1:15PM |
| Out | | | '12 APR 12 | 5:07AM |
| In | | | '12 APR 12 | 1:50PM |
| Out | | | '12 APR 13 | 5:15AM |
| In | Sunday | | '12 APR 13 | 1:41PM |
| Out | | | '12 APR 14 | 5:14AM |
| In | | | '12 APR 14 | 2:34PM |
| Out | | | | |

9664A



No. *Carolina   Castillo*

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | Monday | R | '12 MAR 1 | 5:15AM |
| Out | | | '12 MAR 1 | 1:41PM |
| In | | R | '12 MAR 2 | 5:17AM |
| Out | | | '12 MAR 1 | 1: |
| In | Tuesday | R | '12 MAR 3 | 5:11AM |
| Out | | | '12 MAR 3 | 1:53PM |
| In | | A | '12 MAR 4 | 5:24AM |
| Out | | | '12 MAR 4 | 1:40PM |
| In | Wednesday | R | '12 MAR 5 | 5:04AM |
| Out | | | '12 MAR 5 | 1:45PM |
| In | | Yo | '12 MAR 7 | 5:10AM |
| Out | | | '12 MAR 7 | 1:06PM |
| In | Thursday | R | '12 MAR 8 | 5:07AM |
| Out | | | '12 MAR 8 | 1:19PM |
| In | | Q | '12 MAR 9 | 5:21AM |
| Out | | | '12 MAR 9 | 1:40PM |
| In | Friday | R | '12 MAR 10 | 5:06AM |
| Out | | | '12 MAR 10 | 2:02PM |
| In | | | '12 MAR 11 | 5:22AM |
| Out | | | '12 MAR 11 | 1:04PM |
| In | Saturday | | '12 MAR 12 | 5:32AM |
| Out | | | '12 MAR 12 | 12:40PM |
| In | | | '12 MAR 13 | 5:20AM |
| Out | | | '12 MAR 13 | 1:47PM |
| In | Sunday | | '12 MAR 15 | 5:05AM |
| Out | | | '12 MAR 15 | 1:50PM |
| In | | | | |
| Out | | | | |

9664A

No. _Carolina_

NAME

WEEK ENDING

| | | | |
|---|---|---|---|
| In | Monday | | '12 JUL 16  5:15AM |
| Out | | | '12 JUL 16  1:58PM |
| In | | | '12 JUL 17  1:10PM |
| Out | | | '12 JUL 18  5:13AM |
| In | Tuesday | | '12 JUL 18 12:12PM |
| Out | | | '12 JUL 20  5:15PM |
| In | | | '12 JUL 20  1:25PM |
| Out | | | '12 JUL 21  4:44AM |
| In | Wednesday | | '12 JUL 21  1:42PM |
| Out | | | '12 JUL 22  5:00AM |
| In | | | '12 JUL 22  1:07PM |
| Out | | | '12 JUL 23  5:10AM |
| In | Thursday | | '12 JUL 23 12:10 |
| Out | | | '12 JUL 24  5:17AM |
| In | | | '12 JUL 24 12:28PM |
| Out | | | '12 JUL 26  5:08AM |
| In | Friday | | '12 JUL 26 12:28PM |
| Out | | | '12 JUL 27  5:15AM |
| In | | | '12 JUL 27 12:48PM |
| Out | | | '12 JUL 28  4:25AM |
| In | Saturday | | '12 JUL 28 12:19PM |
| Out | | | '12 JUL 29  5:03PM |
| In | | | '12 JUL 29 |
| Out | | | '12 JUL 30  5:16AM |
| In | Sunday | | '12 JUL 30 12:27PM |
| Out | | | '12 AUG 1  5:12AM |
| In | | | |
| Out | | | |

9664A

No. Xiomara

NAME

WEEK ENDING

| | | | |
|---|---|---|---|
| In | Monday | | '12 MAY 16    5:16AM |
| Out | | | '12 MAY 16    1:44PM |
| In | | | |
| Out | | | '12 MAY 17    5:20AM |
| In | Tuesday | | |
| Out | | | '12 MAY 17   12:59PM |
| In | | | '12 MAY 18    5:23AM |
| Out | | | '12 MAY 18    1:14PM |
| In | Wednesday | | '12 MAY 19    5:21AM |
| Out | | | '12 MAY 19    2:15PM |
| In | | | '12 MAY 20    5:17AM |
| Out | | | '12 MAY 20   12:56PM |
| In | Thursday | | '12 MAY 21    5:17AM |
| Out | | | '12 MAY 21    1:42PM |
| In | | | '12 MAY 23    5:17AM |
| Out | | | '12 MAY 23    1:52PM |
| In | Friday | | '12 MAY 24    5:15AM |
| Out | | | '12 MAY 24    1:15PM |
| In | | | '12 MAY 25    5:19AM |
| Out | | | '12 MAY 25    1:35PM |
| In | Saturday | | '12 MAY 26    5:20AM |
| Out | | | '12 MAY 26    1:18PM |
| In | | | '12 MAY 27    5:23AM |
| Out | | | '12 MAY 27   12:52PM |
| In | Sunday | | '12 MAY 28    5:22AM |
| Out | | | '12 MAY 28    1:06PM |
| In | | | '12 MAY 29    5:08AM |
| Out | | | '12 MAY 29    1:38PM |

9664A



This Space is for Time Out or Lost Time

In
Out
In
Out
In
Out
In
Out
In
Out
In
Out

'12 MAY 31  5:17 AM
'12 MAY 31  12:51 PM

This Space for Overtime Only

In
Out
In
Out
In
Out
In
Out
In
Out
In
Out

No. *Carolina*

NAME

WEEK ENDING

| | | | | |
|---|---|---|---|---|
| In | | Monday | | |
| Out | | | | |
| In | | | | '12 MAR 2 |
| Out | | | | '12 MAR |
| In | | Tuesday | P⅃ | '12 MAR 16   5:11ᴀᴍ |
| Out | | | | '12 MAR 16   1:38ᴘᴍ |
| In | | | P | '12 MAR 17   5:11ᴀᴍ |
| Out | | | | '12 MAR 17   2:18ᴘᴍ |
| In | | Wednesday | A | '12 MAR 18   5:15ᴀᴍ |
| Out | | | | '12 MAR 18   1:11ᴘᴍ |
| In | | | R | '12 MAR 19   5:10ᴀᴍ |
| Out | | | | '12 MAR 19   1:45ᴘᴍ |
| In | | Thursday | A | '12 MAR 21   5:15ᴀᴍ |
| Out | | | | |
| In | | | | '12 MAR 21   1:56ᴘᴍ |
| Out | | | | |
| In | | Friday | ℞ | '12 MAR 22   5:06ᴀᴍ |
| Out | | | | '12 MAR 22   1:52ᴘᴍ |
| In | | | ℞ | '12 MAR 23   5:15ᴀᴍ |
| Out | | | | '12 MAR 23   1:21ᴘᴍ |
| In | | Saturday | A | '12 MAR 24   5:14ᴀᴍ |
| Out | | | | '12 MAR 24   1:43ᴘᴍ |
| In | | | A | '12 MAR 25   5:13ᴀᴍ |
| Out | | | | '12 MAR 25   12:59ᴘᴍ |
| In | | Sunday | | '12 MAR 27   5:15ᴀᴍ |
| Out | | | | '12 MAR 27   12:14ᴘᴍ |
| In | | | | '12 MAR 28   5:12ᴀᴍ |
| Out | | | | |

'12 MAR 28   1:55ᴘᴍ
'12 MAR 29   5:10ᴀᴍ

9664A

No.

Carolina Castillo
NAME

WEEK ENDING

| Day | | | Punches |
|---|---|---|---|
| Monday | In | | '11 MAY 5 1:59PM |
| | Out | | '11 MAY 6 5:05AM |
| | In | | '11 MAY 6 1:13PM |
| | Out | | '11 MAY 7 5:10AM |
| Tuesday | In | Tog6 | '11 MAY 7 1:23PM |
| | Out | | 11 May 8 5:00AM |
| | In | | '11 MAY 8 1:03PM |
| | Out | | '11 MAY 10 5:09AM |
| Wednesday | In | | '11 MAY 10 1:07PM |
| | Out | | '11 MAY 11 5:08AM |
| | In | | '11 MAY 11 1:08PM |
| | Out | | '11 MAY 12 5:07AM |
| Thursday | In | | '11 MAY 12 1:14PM |
| | Out | | '11 MAY 13 5:10AM |
| | In | | '11 MAY 13 2:21PM |
| | Out | | '11 MAY 14 5:08AM<br>'11 MAY 14 1:50PM<br>'11 MAY 15 5:18AM |
| Friday | In | | '11 MAY 15 12:55PM |
| | Out | | '11 MAY 16 5:09AM |
| | In | | '11 MAY 16 1:26PM |
| | Out | | |
| Saturday | In | | |
| | Out | | |
| | In | | |
| | Out | | |
| Sunday | In | | |
| | Out | | |
| | In | | |
| | Out | | |

9684A

